UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ETHAN JOSHUA CHARLES ROBERTSON, <br><br> Plaintiff, <br><br> vs. <br><br> JAMIRA DEVLIN, South Dakota Department of Corrections; and TABATHA BENTING, Warden, South Dakota Department of Corrections, <br><br> Defendants. | 4:26-CV-04008-KES <br><br><br> ORDER REQUIRING PLAINTIFF TO FILE A CERTIFIED PRISONER TRUST ACCOUNT REPORT |

Plaintiff, Ethan Joshua Charles Robertson, an inmate at the South Dakota State Penitentiary, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Docket 1. Robertson filed a motion for leave to proceed in forma pauperis and included a prisoner trust account report. Dockets 2, 3. But his prisoner trust account report was not completed and certified; it did not state his average monthly deposits and average monthly balance for the last six months and was not signed by an authorized official at Robertson's institution. *See* Docket 3.

Under the Prison Litigation Reform Act, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). The court may, however, accept partial payment of the initial filing fee where appropriate. Thus, "[w]hen an inmate seeks pauper status, the only issue is whether the inmate pays the

entire fee at the initiation of the proceeding or over a period of time under an installment plan." *Henderson v. Norris*, 129 F.3d 481, 483 (8th Cir. 1997) (per curiam) (alteration in original) (quoting *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997)).

The initial partial filing fee that accompanies an installment plan is calculated according to 28 U.S.C. § 1915(b)(1), which requires a payment of 20 percent of the greater of:

> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

Robertson has not submitted a completed and certified prisoner trust account report. *See* Docket 3. This court cannot evaluate Robertson's motion for leave to proceed in forma pauperis without a certified and completed prisoner trust account report that states his average monthly deposits and average monthly balance for the last six months. Robertson must submit a completed prisoner trust account report or, in the alternative, pay the full $405 civil complaint filing fee by **February 16, 2026**. Failure to comply will result in dismissal without prejudice of Robertson's complaint for failure to prosecute.

Thus, it is ORDERED:

1. That the Clerk of Court will send Robertson a prisoner trust account report.

2. That Robertson must return the completed prisoner trust account report or pay the full $405 civil complaint filing fee by **February 16,**

2

**2026**. If Robertson fails to comply with this order, his complaint will be dismissed without prejudice for failure to prosecute.

Dated January 16, 2026.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE